TINA HOULDEN, Respondent, *v.* FARMERS' ALLIANCE CO-OPERATIVE FIRE INSURANCE COMPANY OF STEUBEN COUNTY, Appellant.

*Insurance — action to reform and recover upon policy of fire insurance — incorrect statement as to ownership of property.*

*Houlden* v. *Farmers' Alliance Co-op. F. Ins. Co.*, 188 App. Div. 734, affirmed.

(Argued June 9, 1921; decided July 14, 1921.)

APPEAL from a judgment, entered July 8, 1919, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and directing judgment in favor of plaintiff. The action was to reform a policy of fire insurance and to recover on the policy as reformed. Plaintiff held a mortgage against

property owned by her husband who had taken out a policy of fire insurance covering same with defendant. When the policy expired defendant's agent solicited a renewal and was told by plaintiff that her husband had been committed to an insane asylum. The agent thereupon suggested that she take out a policy as mortgagee, to which she consented. The policy was twice renewed and the property then destroyed by fire. Upon plaintiff's making proofs of loss it developed that plaintiff was incorrectly designated in the policy and in the application therefor as owner instead of as mortgagee. The company refused to pay on the ground of breach of warranty.

*Almond W. Burrell* for appellant.
*W. Earle Costello* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGH-LIN and CRANE, JJ. Absent: ANDREWS, J. Deceased: CHASE, J.